UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NUMBER: 20-118 |
| MARCO ANTONIO ABUNDIZ | SECTION: MAG |

ORDER

Due to the impact of Hurricane Zeta,

**IT IS ORDERED** that the initial appearance set for October 29, 2020, is **CONTINUED** to October 30, 2020 at 10:00 a.m. by video conference before the Duty Magistrate. An email will be sent to all counsel with the link to the video conference.

New Orleans, Louisiana this 29th day of October 2020.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

Crim Mag to notify:
St. Tammany Parish Jail